### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Anthony Gay, | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No: 18 C 50310 |
| Dr. Jonathan Ortman, et al. | ) ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## ORDER

This case is dismissed upon initial review pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted. This case is closed and all pending motions are denied as moot.

## STATEMENT

Plaintiff, Anthony Gay, is a former prisoner in the Illinois Department of Corrections Dixon Correctional Center who has sued Dr. Jonathan Ortman and Correctional Officers Andrew and Hart. This matter is before the court for initial review because plaintiff has moved to proceed in forma pauperis ("IFP"). This court must dismiss cases proceeding IFP at any time if the action fails to state a claim. 28 U.S.C. § 1915(e)(2)(B)(ii). Plaintiff's claim does not withstand this initial review and must be dismissed.

Plaintiff alleges that on July 17, 2018, he "cut his leg, embedded foreign objects in his leg, sliced his [illegible] and put a razor in his eye." Plaintiff's claim is for a violation of state law. In particular, that Dr. Ortman Committed a medical battery by treating him (removing the razor from his eye) without plaintiff's consent and with the aid of the correctional officers. However, plaintiff has not stated a federal claim over which this court has subject-matter jurisdiction. For this reason, plaintiff has failed to state a claim upon which relief may be granted and this case is dismissed without prejudice. This case is closed.

Date: 9/17/2018

ENTER:

_____
FREDERICK J. KAPALA
District Judge