U.S. DISTRICT COURT
In the Northern District of Illinois
Western Division

No. 18-50310

Anthony Gay

vs

Jonathan Ortman, C/O Andrew
and C/O Hart

RECEIVED
NOV 13 2018
THOMAS G. ~~BRUTON~~
CLERK, U.S. DISTRICT COURT

AMENDED CAUSE OF ACTION FOR MISUSE OF FORCE, BATTERY AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

Now comes plaintiff, Anthony Gay, filing this Amended Cause of Action and state as follows:

(1) I, Anthony Gay, am the plaintiff in this cause of action and was at all times an inmate incarcerated in Dixon Correctional Center.

(2) Defendant Jonathan Ortman is a medical doctor at KSB hospital in Dixon and was at all times a medical doctor at KSB hospital in Dixon.

(3) Defendant Hart is a correctional officer at Dixon Correctional Center and was at all times a correctional officer at Dixon Correctional Center.

-1-

(4) Defendant Andrew is a correctional officer at Dixon Correctional Center and was at all times a correctional officer at Dixon Correctional Center.

## COUNT I MISUSE OF FORCE (Eighth Amendment Violation)

(5) On July 17, 2018, plaintiff cut his leg, embedded foreign objects in his leg, sliced his arm and put a razor in his eye.

(6) Defendants C/O Hart and C/O Andrew transported plaintiff from Dixon to KSB hospital on July 17, 2018.

(7) Upon arriving at KSB plaintiff informed defendant Ortmann of plaintiff's injuries, including plaintiff having a razor in his eye.

(8) Plaintiff informed defendant Ortmann that plaintiff didn't want anyone to touch his eye except an eye specialist.

(9) Defendant Ortmann attempted to touch plaintiff's eye without plaintiff's consent. The plaintiff moved his face to prevent defendant Ortmann from touching plaintiff's face.

-2-

(10) The defendant Ortman continued to attempt to touch plaintiff's eye without plaintiff's consent. Plaintiff indicated that he was refusing medical treatment if he couldn't get his eye catscanned and assessed by an eye specialist.

(11) The defendant Ortman said that plaintiff couldn't refuse medical treatment. He ordered defendants C/O Andrew and C/O Hart to hold plaintiff still.

(12) The defendants "acting as a unit to conspire to violate plaintiff's Eighth Amendment rights" did the following: The defendant Hart grabbed plaintiff as the defendant Andrew put his hands around plaintiff's neck and the defendant Ortman grabbed plaintiff's eye causing plaintiff's eye to hurt more than it was hurting.

(13) Plaintiff attempted to get away from defendants' grasp.

(14) Defendant C/O Andrew started choking plaintiff and defendant Ortman continued to grip plaintiff's eye causing plaintiff's eye to seriously hurt.

(15) Plaintiff started thrashing and yelling that he has a right to refuse medical treatment.

(16) Defendants stopped misusing force on plaintiff and Nicole (nurse) ran in the room to calm plaintiff down.

## COUNT II BATTERY (state tort claim)

(17) Plaintiff re-alleged paragraphs 1 thru 16

## COUNT III INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (state tort claim)

(18) The defendants unprofessional conduct caused plaintiff to become emotionally distraught.

(19) This court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1343 (A)(3) and (4).

(20) This court has supplemental jurisdiction over plaintiff's state law claims (battery and intentional infliction of emotional distress) pursuant to 28 U.S.C § 1367

-4-

RELIEF REQUESTED

(A) Plaintiff be awarded compensatory damages

(B) Plaintiff be awarded punitive damages

/s/ Anthony Gay

CERTIFICATION

By signing this complaint, I certify that the facts stated in this complaint are true and to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the court.

Signed this 6th day of November 2018

Certificate of Service

This certifies I put the above instrument in the mail on 11-9-18

/s/ Anthony Gay
1228 - 14th St.
Rock Island, IL 61201

Anthony Gray
1220-14th Street
Rock Island, IL 61201

Office of Clerk
US District Court
United States Courthouse
Rockford, IL 61101

NOV 09 2018
81201-9998