FILED
NOV 23 2021
MAGISTRATE JUDGE
MARGARET SCHNEIDER

US DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

ANTHONY GAY
    Plaintiff
V                                                           18-CV-50310
JONATHAN ORTMAN et al
    Defendants

### MOTION FOR SANCTIONS AND COURT"S INTERVENTION

Now comes plaintiff, Anthony Gay, filing this motion for sanctions and intervention and state as follows:

(1) There has been controversy about documentary evidence in this case.

(2) The plaintiff has informed this court that the defendants had an obligation to write an incident report according to their own rules (see Title 20 of Illinois Administrative code section 112.30 Reporting of Incidents state in pertinent part: a) each employee shall completely and accurately document any unusual incident that he or she observes or that is reported to him or her including any 2) Physical ... assault or use of force). And if no report exists, the plaintiff would like to use their administrative directives to impeach them.

(3) Plaintiff requested a copy of incident reports for particular days. This court denied it, but ultimately concluded that defendants would have to produce incident reports for July 17, 2018 and July 18, 2018.

(4) The defendants counsel (Jonathan Kangwa) intentionally lied to this court and said that no incident reports existed for July 18, 2018. But the plaintiff has been able to recover at least three (see attached).

(5) The plaintiff has previously indicated that he was sure that some incident reports existed and that defendants' counsel was lying, but this court took what the defendant's counsel said at face value (reinforcing plaintiff's belief that a prisoner or former prisoner has no fair chance at relief).

(6) Since plaintiff has discovered incident reports that do exist, there might be more. For the foregoing reasons, plaintiff requests that this court issue an order to sanction Jonathan Kangwa and intervene and compel IDOC's Record office supervisor to provide an affidavit indicating how many incident reports exist in relation to plaintiff for July 18, 2018 (and provide those reports).

ANTHONY GAY
1228- 14TH STREET
ROCK ISLAND, IL 61201

### CERTIFICATE OF SERVICE

This certifies that I sent the above motion for sanctions and court's intervention to the clerk of court via mail on 11-18-2021

ANTHONY GAY
1228-14TH STREET
ROCK ISLAND, IL 61201

TS
8-I
Cullen

# Incident Report

Incident Number: _____
Type of Incident: _____

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: __DIXON CC / HCU__  Date of Incident: __7-18-18__  Time of Incident: __11p 23__  ☒am ☐pm

| | | | | | |
|---|---|---|---|---|---|
| Was a Weapon Involved: | ☐ YES | ☒ NO | Were Restraints/Force Used: | ☒ YES | ☐ NO |
| Was Property Damaged: | ☐ YES | ☒ NO | Were Chemical Agents or OC Used | ☐ YES | ☒ NO |
| Were Arrests Made: | ☐ YES | ☒ NO | Appr. Unit and/or Law Enf. Agency Notified | ☐ YES | ☒ NO |
| Were there Media Inquiries | ☐ YES | ☒ NO | Any Injuries / Hospitalizations | ☒ YES | ☐ NO |

**Offenders / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| I/M GAY, ANTHONY | B62251 | N/A | N/A |
| CTM MON | 6142 | | |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

**Statement of Facts: (NARRATIVE)** ON ABOVE DATE AND APPROXIMATE TIME, I SPOKE WITH GAY AFTER HE RETURNED FROM KSR WHERE HE REFUSED TREATMENT ON HIS LEFT EYE. GAY PLACED A FOREIGN OBJECT IN HIS EYE AT APPROXIMATELY 8pm ON 7-17-2018. (POSSIBLY A STAPLE) DR GONZALEZ WAS INFORMED OF THE SITUATION, AND HE PLACED GAY ON A 10 MIN S/W WATCH. COMMAND STAFF, MAJOR JONES NOTIFIED ALONG WITH HCU NURSE HOFELINA.

✱ Offender placed in XD-255 on 10 minute S/W, refused mattress, accepted smock and blanket.

CTM MON  #6142  1-18-18 / 4:00 AM  MjnC..712  7/18/18 4:10
Reporting Employee (Print) — Reporting Employee Signature — Date/Time — Person Accepting Report — Date/Time

**Administrative Assessment:** _John Varga_  Date/Time: 7/18/18 9:00am

Chief Administrative Officer

Distribution: Director, Deputy Director, File ... DOC 0434 (Eff. 1/2014) (Replaces DR ...)

SMI
TS
Allen
Major

**STATE OF ILLINOIS — DEPARTMENT OF CORRECTIONS**
**ADULT AND JUVENILE DIVISIONS**
**INCIDENT REPORT**

Institution/Program: Dixon C.C.    Date and Time of Incident: 7-18-18  12:40 am

If the answer is yes to any of the following questions, explain in narrative below:
A. Was a Weapon Involved: YES ☐ NO ☒
B. Were Restraints/Force Used: YES ☐ NO ☒
C. Was Property Damaged: YES ☐ NO ☒
D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☒
E. Were Arrests Made: YES ☐ NO ☒
F. Any Injuries/Hospitalizations: YES ☐ NO ☒
G. Were there Media Inquiries: YES ☐ NO ☒

**Inmates/Staff Involved:**

| Name | I.D.# | Offense | Commitment Date |
|---|---|---|---|
| I/m Gay, Anthony | B62251 | | |
| C/O Hart | 6960 | | |

**Witnesses to Incident:**

| Name | I.D.# |
|---|---|

**Statement of Facts: (NARRATIVE)**

On the Above date + time I/m Gay (B62251) told this C/o Hart (6960) that the spring He stuck in his leg was from a broken padlock he noticed while he was on the phone on X-house C-wing.

※ Gay returned from KSB and forwarded to A/ic Walker.

C/o L. Hart 6960   7-18-18  12:40 am
Reporting Employee   Date/Time   Person Calling in Report

Major C_____ 712   7/15/18
Person Accepting Report   Date/Time

Administrative Assessment:

Chief Administrative Officer _____  Date/Time 7/18/18  9:00 am

Distribution:  Director
Deputy Director of Appropriate Division
Deputy Director of Bureau of Inspections and Audits
Legal Services (only if restraints/force used)
File

DC 434 (4/83)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Incident Report**

HUA
TS
Jm 1

Incident Number: _____
Type of Incident: _____

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: DIXON C.C.   Date of Incident: 7-18-18   Time of Incident: 9ᴬ 9³⁰ ☒am ☐pm

| | | | | | |
|---|---|---|---|---|---|
| Was a Weapon Involved: | ☐ YES | ☒ NO | Were Restraints / Force Used: | ☐ YES | ☒ NO |
| Was Property Damaged: | ☒ YES | ☐ NO | Were Chemical Agents or OC Used | ☐ YES | ☒ NO |
| Were Arrests Made: | ☐ YES | ☒ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES | ☒ NO |
| Were there Media Inquiries: | ☐ YES | ☒ NO | Any Injuries / Hospitalizations | ☐ YES | ☒ NO |

**Offenders / Staff Involved:**

Name: I/m GAY, ANTHONY   I.D. #: B62251
C/O Jones

**Witnesses to Incident:**

**Statement of Facts: (NARRATIVE)**

ON THE ABOVE DATE AND APPROX TIME THIS C/O RECEIVED A PIECE OF PLASTIC FROM I/m GAY B62251 WHICH I/m GAY SAID WAS PLASTIC FROM AN EYEPATCH HE WAS GIVEN AT HOSPITAL. I/m GAY ALSO SAID THE OTHER HALF OF THE PIECE WAS IN HIS RIGHT LEG. COMMAND STAFF NOTIFIED...

— EOR —

Preparing Employee (Print): W. Jones 7065
Reporting Employee Signature: [signature]
Date/Time: 7-18-18 10ᴬ
Person Accepting Report: [signature] Collah
Date/Time: 7/18/18 1215p

Administrative Assessment: [signature] John Varga
Date/Time: 7/19/18 9:00am